# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SOMMER FAMILY LIVING TRUST, DATED FEBRUARY 13,1996. | No. 80423 |

MARTA J. MAXWELL; BRADFORD C. SOMMER; AND BRITTANY SOMMER,
                    Appellants,
                        vs.
JOHN HEMBREE,
                    Respondent.

FILED

JAN 2 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal of a district court order dismissing appellants' case for lack of jurisdiction. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

On October 1, 2020, this court entered an order granting appellants' motion to stay the briefing in this appeal pending resolution of a motion to submit their case to a California court and directing appellant to file either a motion or stipulation to dismiss the appeal or the opening brief and appendix by December 28, 2020. The order cautioned that failure to comply could result in the imposition of sanctions including dismissal of this appeal. To date appellants have not filed any documents or otherwise communicated with this court. Accordingly, it appears appellants have abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Stiglich                                            Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-01901

cc:   Hon. David A. Hardy, District Judge
      Jonathan Andrews, Settlement Judge
      Humphrey Law PLLC
      Lee Kiefer & Park, LLP
      Washoe District Court Clerk